<div style="margin-left: sidebar">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,   No. C 07-05816 CRB

    Plaintiff,   **Clerk's Notice**

  v.

STATE OF CALIFORNIA,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, February 22, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 16, 2008   FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy