AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | @ 1245 HRS |
|---|---|

DECLARATION OF JOHN GIMBEL
Service of the Summons and Complaint was made by me [1]

DATE CRB-16-08

**Name of SERVER**
DOT SCHNEIDER - CALIF. REG. PROCESS SERVER

TITLE

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
DEL NORTE CO. BOARD OF SUPERVISORS
COUNTY OF DEL NORTE
981 H STREET
CRESCENT CITY, CA. 95531

SHERRI ADAMS
STAFF SERVICES
ANALYST I

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

FILED

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-16-08
Date

Signature of Server   Dot Schneider

**COUNTY OF DEL NORTE**
REG. # 2003-01
2003-02
707-464-7044

Address of Server
**Schneider's Process Service**
727 11th Street
Crescent City, CA 95531

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure