AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

@ 1220 HRS

DATE: 1-14-2008

Service of the Summons and Complaint was made by me

DECLARATION OF JOHN GIMBEL

Name of SERVER: Dot Schneider

TITLE: Calif. Reg. Process Server

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Del Norte Co. Sheriff's Dept. Mike Leavitt
Del Norte Co. Sheriff's Dept - Civil Office
650 5th Street
Crescent City, Calif. 95531

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

**FILED**
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $22.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-14-2008
Date

Signature of Server: Dot Schneider

**COUNTY OF DEL NORTE**
REG. # 2003-01
2003-02
707-464-7044

Schneider's Process Service
Address of Server 727 11th Street
Crescent City, CA 95531

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure