AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

*CRB*

Service of the Summons and Complaint was made by me `≥ DECLARATION OF JOHN Gimbel`    DATE `1-14-2008 @ 1120 HRS`

**Name of SERVER**  `DOT SCHNEIDER`    **TITLE** `Calif. Reg. Process Server`

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: `(DEPUTY FRANK VILLAREAL) MIKE LEAVITT DEL NORTE CO. SHERIFF'S DEPT. CIVIL OFFICE - 650 5TH STREET CRESCENT CITY, CA. 95531`

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

**FILED**

**JAN 2 2 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $45-00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on `1-14-2008`
            Date

`Dot Schneider`
Signature of Server

**Schneider's Process Service**
727 11th Street
Crescent City, CA 95531

Address of Server  **COUNTY OF DEL NORTE**
REG. # 2003-01
2003-02
707-464-7044

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure