AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

@ 1150 HR

DECLARATION OF JOHN GIMBEL  CRB  DATE 1-16-2008

Service of the Summons and Complaint was made by me [redacted]

Name of SERVER: DOT SCHNEIDER  TITLE: CALIF. REG. PROCESS SERVER

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: DEL NORTE SUPERIOR COURT ESPERANZA ESPARZA DEL NORTE SUPERIOR COURT SEC. 450 H STREET CRESCENT CITY, CA 95531

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**FILED**
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-16-2006

Signature of Server: Dot Schneider

**COUNTY OF DEL NORTE**
REG. # 2003-01
2003-02
707-464-7044

Address: Schneider's Process Service
727 11th Street
Crescent City, CA 95531

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure