EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
JOHN P. DEVINE, State Bar No. 170773
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5522
 Fax:  (415) 703-5480
 Email:  John.Devine@doj.ca.gov

Attorneys for Defendants State of California and
Superior Court of California, County of Del Norte

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIMBEL,<br><br>                                 Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                                 Defendants. | **Case No.  C 07-05816 CRB**<br><br>**DEFENDANTS STATE OF CALIFORNIA'S AND SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>**Date:  March 14, 2008**<br>**Time: 10:00 a.m.**<br>**Ctrm: 8**<br>**Judge:   Hon. Charles R. Breyer** |

COME NOW Defendants State of California and Superior Court of California, County of Del Norte and respectfully request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following:

1.    Exhibit 1 - Order Granting Defendant's Motion to Dismiss by Judge Jenkins dated June 21, 2007 (*Gimbel v. State of California et al.*, United States District Court for the Northern District of California, Case No. C 07-0113 MJJ).

2. Exhibit 2 - Order by Judge Armstrong dated September 18, 2007 (*Gimbel v. State of California et al.*, United States District Court for the Northern District of California, Case No. C 07-0113 SBA).

A court may take judicial notice of matters of public record in ruling on a Rule 12(b)(1)& (6) motion. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

Dated: February 5, 2008.

           Respectfully submitted,

           EDMUND G. BROWN JR.
           Attorney General of the State of California
           PAUL T. HAMMERNESS
           Supervising Deputy Attorney General


             s/John P. Devine
           JOHN P. DEVINE
           Deputy Attorney General

           Attorneys for Defendants State of California and
           Superior Court of California, County of Del Norte

State Defts' Req. for Jud. Not. in Support of MTD    Gimbel v. State of California, et al.
C 07-05816 CRB

2