John M Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorney for Defendants County of Del Norte,
Del Norte County Sheriff's Dept., Frank Villarreal
and District Attorney Michael Riese

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, COUNTY OF DEL NORTE, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, FRANK VILLARREAL, DEL NORTE DISTRICT ATTORNEY, UNNAMED ACCOMPLICE "DOE" TO VILLAREAL, DEL NORTE SUPERIOR COURT,<br><br>    Defendants. | CASE NO.: C 07-5816 CRB<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>Date: March 14, 2008<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Flr. |

Defendants County of Del Norte, Del Norte County Sheriff's Department, Frank Villarreal, and District Attorney Michael Riese request the court to take judicial notice of the following documents, pursuant to Rule 201 of the Federal Rules of Evidence:

1. Respondent Villarreal's Brief in opposition to Opening Brief of John Gimbel to Court of Appeal to the State of California, appealing restraining order issued July 21, 2006 by Judge Follett, Superior Court of the State of California, County of Del Norte, attached as Exhibit A to the Declaration of John M. Vrieze.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O. Drawer 1008
Eureka, CA 95502

1
REQUEST FOR JUDICIAL NOTICE

2. Appellant's Trailing Brief to Court of Appeal to the State of California, appealing restraining order issued July 21, 2006 by Judge Follett, Superior Court of the State of California, County of Del Norte, attached as Exhibit B to the Declaration of John M. Vrieze.

3. Appellant's Petition for Rehearing to Court of Appeal to the State of California, appealing restraining order issued July 21, 2006 by Judge Follett, Superior Court of the State of California, County of Del Norte, attached as Exhibit C to the Declaration of John M. Vrieze.

4. Unpublished Decision in Frank Villarreal v. John Gimble, Case No. A115201, attached as Exhibit D to the Declaration of John M. Vrieze.

5. Order of Court of Appeal to the State of California in Frank Villarreal v. John Gimble, Case No. A115201, attached as Exhibit E to the Declaration of John M. Vrieze.

6. Plaintiff's Complaint (Case No. C 070113 MJJ)(page 1), attached as Exhibit F to the Declaration of John M. Vrieze.

7. Order Granting Defendant's Motion to Dismiss ("District Attorney Defendants," "Sheriff Department Defendant," and "County Defendants"), attached as Exhibit G to the Declaration of John M. Vrieze.

8. Order Granting Defendant's Motion to Dismiss ("City Defendants"), attached as Exhibit H to the Declaration of John M. Vrieze.

9. Order Granting Defendant's Motion to Dismiss ("State"), attached as Exhibit I to the Declaration of John M. Vrieze.

10. Plaintiff's Amended Complaint, (Case No. C 070113 MJJ)(page 1), attached as Exhibit J to the Declaration of John M. Vrieze.

11. Motion to Dismiss Amended Complaint (County of Del Norte Defendants)(page 1), attached as Exhibit K to the Declaration of John M. Vrieze.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

REQUEST FOR JUDICIAL NOTICE

1    12.  Motion to Dismiss Amended Complaint (Crescent City Defendants)(page 1),
2  attached as Exhibit L to the Declaration of John M. Vrieze.
3    13.  Order Granting Dismissal With Prejudice (Case No. C 070113 SBA), attached
4  as Exhibit M to the Declaration of John M. Vrieze.
5    14.  Notice of Appeal (Case No. C 070113 SBA), attached as Exhibit N to the
6  Declaration of John M. Vrieze.

8  DATED: February 4, 2008          MITCHELL, BRISSO, DELANEY & VRIEZE

9                                    By: _____
10                                       Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**REQUEST FOR JUDICIAL NOTICE**

__xx__   By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____   By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____   By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 5, 2008, at Eureka, California.

_____
Micalyn Harris

John Gimbel
225 Brevus Street
Crescent City, CA 95531
*Plaintiff in Pro Per*

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502