John M Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorney for Defendants County of Del Norte,
Del Norte County Sheriff's Dept., Frank Villarreal
and District Attorney Michael Riese

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, COUNTY OF DEL NORTE, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, FRANK VILLARREAL, DEL NORTE DISTRICT ATTORNEY, UNNAMED ACCOMPLICE "DOE" TO VILLARREAL, DEL NORTE SUPERIOR COURT,<br><br>    Defendants. | CASE NO.: C 07-5816 CRB<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: February 22. 2008<br>Time: 8:30 a.m.<br>Ctrm: 8, 19th Flr. |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

CASE MANAGEMENT CONFERENCE STATEMENT

Defendants County of Del Norte, also named as Del Norte County Sheriff's Department, Frank Villarreal and District Attorney Michael Riese (hereafter referred to as "Del Norte County Defendants") submit the following as their Case Management Conference Statement in the above-entitled action.

## DESCRIPTION OF CASE

This case arises from the issuance of a one year restraining order prohibiting plaintiff John Gimbel from harassing and contacting defendant Frank Villarreal by telephone or in person. The restraining order was effective from July 21, 2006 to July 21, 2007. The initiating harassment involved a series of phone call to defendant Villarreal's place of employment (the County of Del Norte Sheriff's Department), following the issuance of a citation for inoperable brake lights and for failure to provide proof of automobile liability insurance, as required by the financial responsibility laws.

The messages left on Mr. Villarreal's answering machine were vulgar attacks on his character, disparaged his place of employment and even suggested that he should kill himself. Mr. Villarreal commenced a civil court action seeking a restraining order. After two trials, the restraining order was issued by Judge Follett.

Plaintiff then appealed the issuance of the restraining order to the California Court of Appeal. In the present case and in the case on appeal, plaintiff claimed that the phone calls were permissible speech and protected by the First Amendment to the United States Constitution.

In the present lawsuit, plaintiff seeks relief under 42 U.S.C. §1983 for alleged violation of his first amendment rights, all of which arise from the messages left on Officer Villarreal's telephone answering machine. A motion to dismiss is pending on behalf of the above defendants, with a hearing day set for March 14, 2008.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

CASE MANAGEMENT CONFERENCE STATEMENT

2.  **Principal Factual Issues Which The Parties Dispute**

The Del Norte County defendants submit that plaintiff's complaint contains no discernable factual or legal issues and fails to allege a cognizable claim for relief.

3.  **Principal Legal Issues Which Are In Dispute**

The Del Norte County defendants submit that plaintiff has not stated a claim for violation of his right to free speech, within the protections of the First Amendment of the United States Constitution.

4.  **Other Factual Issues Which Remain Unresolved For The Reasons Stated Below And How The Parties Propose To Resolve Them**

Not applicable.

5.  **The Parties Which Have Not Been Served And The Reason**

Plaintiff named "unnamed accomplice 'Doe' to Villarreal" as another named defendant. No specific allegations against this defendant are raised in the complaint against this unnamed defendant. Presumably, plaintiff has not served this defendant because his or her name is unknown.

6.  **The Additional Parties Which The Below Specified Parties Intend To Join And The Intended Timeframe For Such Joinder**

The Del Norte County defendants do not intend to join any parties.

7.  **The Following Parties Consent To Assignment Of This Case To A United States Magistrate Judge For Trial**

Plaintiff has objected to have this matter heard by a United State Magistrate Judge.

### ALTERNATIVE DISPUTE RESOLUTION

8.  **ADR Process To Which The Parties Have Been Assigned**

The Del Norte County defendants are not aware of any such assignment at this time.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

CASE MANAGEMENT CONFERENCE STATEMENT

# DISCLOSURES

**9.  The Parties Certify That They Have Made The Following Disclosures**

The Del Norte County defendants have not made any disclosure pursuant to Rule 26. Defense counsel only recent received this case, and, at present, it appears that most of the information applicable to a Rule 26 disclosure had already been included in plaintiff's complaint and the declaration of John Gimbel.

# DISCOVERY

**10.  The Parties Have Agreed To The Following Discovery Plan**

The Del Norte County defendants have a motion to dismiss pending. Therefore, it is believed that agreeing to any joint discovery plan at this time is premature. Should the court deny defendants motion to dismiss, then the following discovery plan is proposed:

   a. With regard to any remaining defendants, it is anticipated that these defendants will serve plaintiff with contention interrogatories and request to produce documents. Subsequent interrogatories and requests to produce documents may then be served as a follow-up to this initial discovery.

   b. Defendants will take the deposition of plaintiff and any witnesses identified by plaintiff who are non-parties to this action.

   c. The parties are unable to anticipate what experts will be needed at the current time.

   f. At the conclusion of discovery, any remaining defendants anticipate filing motions for summary judgment.

   g. The parties request the court to schedule a further case management conference after the pleadings are at-issue and after all motions to dismiss have been heard by the court.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

CASE MANAGEMENT CONFERENCE STATEMENT

# TRIAL SCHEDULE

11. **The Parties Request Trial Date As Follows**

The Del Norte County defendants believe it is premature to set this case for trial at this time.

12. **The Parties Expect That Trial Will Last For The Following Number Of Days**

The Del Norte County defendants believe it is premature to estimate the time of trial. Plaintiff has demanded a jury trial. It is anticipated that any remaining defendants who answer the complaint will also request a jury trial.

DATED: February 7, 2008    MITCHELL, BRISSO, DELANEY & VRIEZE

By /s/ [signature]
Attorneys for Defendant County of Del Norte, et al.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4
CASE MANAGEMENT CONFERENCE STATEMENT

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**CASE MANAGEMENT CONFERENCE STATEMENT**

__xx__   By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____   By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____   By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 7, 2008, at Eureka, California.

Micalyn Harris

John Gimbel
225 Brevus Street
Crescent City, CA 95531
*Plaintiff in Pro Per*

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502