<div style="writing-mode: vertical">**United States District Court** For the Northern District of California</div>

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,                                                                 No. C 07-05816 CRB

       Plaintiff,                                                             **Clerk's Notice**

  v.

STATE OF CALIFORNIA, et al.,

       Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference and the defendant's motion to dismiss to Friday, March 21, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 8, 2008                                          FOR THE COURT,

                                                          Richard W. Wieking, Clerk

                                                          By: _____
                                                               Barbara Espinoza
                                                               Courtroom Deputy