**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL, | No. C 07-05816 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference and the defendant's motion to dismiss to Friday, March 21, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 8, 2008                                         FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
Barbara Espinoza
Courtroom Deputy