| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| No Attorney, NONE<br>JOHN GIMBEL<br>225 BREVUS ST<br>CRESCENT CITY, CA  95531 | (707) 464-5908 | **FILED**<br>FEB - 7 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
219 SOUTH DEARBORN ST
CHICAGO, IL  60604

PLAINTIFF:
JOHN GIMBEL

DEFENDANT:
STATE OF CALIFORNIA

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5816 ~~EMC~~ (CRB) |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons in a civil case & Complaint; Clerk's Notice Case Schedule-ADR Multioption Program; Notice of Assignment of Case to a United States Magistrate Judge for Trial

ON: **STATE OF CALIFORNIA**

AT: 455 GOLDEN GATE AVE, STE 11000
    SAN FRANCISCO, CA 94102
    (BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**FLORETT YEN - AUTHORIZED TO ACCEPT SERVICE - PARA-LEGAL IN THE ATTORNEY GENERAL'**

ON: **January 29, 2008**
AT: **03:00 pm**

---

Registered California process server.
Registration No.: **303**
County: **San Francisco**
Peter With / J R S
601 Van Ness Ave Ste E3
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 29, 2008 at San Francisco, California.

Signature: _____
Peter With

08-75063/BProof39



EUREKA CA 955

05 FEB 2008 PM 1 L

Phillip Burton
United States Courthouse
16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

941023433426

John Gimbel
225 Brevus St.
Crescent City, CA
95531