PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY,
OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

FILED

FEB 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am a citizen of the United States and a resident of Del Norte County; I am over the age
of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On Feb. 4, 2008       I served the documents within, described as **CLERK'S NOTICE OF INITIAL CASE MNGMNT. CONF., 07-5816, FOR FEB. 22, 2008**, to the interested parties in said action:

_____ By overnight FedEx.

C-07-5816 CRB

__X__ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attnys John Vrieze William Mitchell
(for Del Norte sheriff dept. and dist. att. and county)
814 Seventh St.
Eureka, CA
95502

Calif. Att. Gen. (Troy Overton & John Devine)
455 Golden Gate Ave. Suite 11000
San Francisco, CA
94102-7004

U.S. District Court
Philip Burton, 16th Floor
450 Golden Gate Avenue
San Francisco, CA
94102-3434

Del Norte superior court
Attn: Esparanza Esparza
450 "H" St.
Crescent City, CA
95531

_____ By personally delivering a copy of said document(s) on the party(ies) named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____          Facsimile No: _____
Name:_____          Facsimile No: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of Feb. 4, 2008   at Crescent City, California.

Octavia Rodriguez

<div style="margin-left: auto; text-align: right;">United States District Court<br>District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL, | No. C 07-05816 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, February 22, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 16, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy



EUREKA CA 955

04 FEB 2008 PM 1 L

John Gimbel
225 Brevus St.
Crescent City, CA
95531

**RECEIVED**
FEB - 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Philip Burton, 16th Floor
450 Golden Gate Avenue
San Francisco, CA
94102-3434

94102$3424