UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gimbel,

        Plaintiff(s),

v.

State of California,

        Defendant(s).

Case No. 07-05816

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2-13-08

        [signature]
        George Hills Company, Inc.
        for Defendants County of Del Nort
        Frank Villarreal and Michael Ries

Dated: 2/18/08

        [signature]
        John M. Vrieze
        Attorney for Defendants
        County of Del Norte, et al.

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**ADR Certification By Parties And Counsel**

__xx__  By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____  By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____  By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 21, 2008, at Eureka, California.

Micalyn Harris

John Gimbel
225 Brevus Street
Crescent City, CA 95531
*Plaintiff in Pro Per*

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502