**ADR**  
John Gimbel  
225 Brevus St.  
Crescent City, CA  
95531  
707.464.5908  

07-5816 CRB FILED

08 FEB 19 PM 1:29  Jan. 30, 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07-5816 CRB

**SUBJECT: ADR certification; stip & prop. order selecting ADR process; notice of need for ADR ph. conf.**

Plaintiff separates himself conscionably from all other parties, and informs the court herewith.



Defendants must be dragged by this court into paying the full recompense, or dragged.

Plaintiff has already given defendants, since long ago, all the chances they're going to get to ADR or arbitration. In and about June, 2006, over a 2 week period, plaintiff exercised gracious, thoughtful, courteous and humbled due diligence in 3 separate attempts in seeking arbitration with the defendants. This has been recorded, and is documented as exhibit G in the complaint, being also the transcript of the cassette of 3 conversations with the head of the sheriff's dept., Del Norte, Villarreal's supervisor. The cassette is labeled: "Exhibit G-audio; Gimbel/Wilson." The defendants did not respond to a single instance of plaintiff's diligent efforts to arbitrate, instead undertook to viciously embark on a massive course of conduct to harass plaintiff at levels that were perceived as felonies, including plaintiff rightfully dubbing them the little "american-made bataan residence march" in complaint; also, including their essentially trying him twice for the same

subject speech as outlined in the complaint. Had they initiated even a single response for plaintiff's efforts then, this suit might not have existed. They don't another get another chance to "arbitrate" after that exhibit. Drag them into justice to be paying the full recompense, or just start dragging them.

Signed, John Gimbel, plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Gimbel

             Plaintiff(s),

v.

Frank Villarreal et al

             Defendant(s).
_____/

Case No. 07-5816 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Jan. 30, 2008

                                            John Gimbel
                                            [Party] plaintiff

Dated: _____

                                            [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Plaintiff(s),

v.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Defendant(s).

CASE NO. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dated: ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Attorney for Plaintiff

Dated: ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

    Deadline for ADR session
- 90 days from the date of this order.
- other _____

IT IS SO ORDERED.

Dated: _____

                                                     _____
                                                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   Plaintiff(s),

v.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   Defendant(s).
_____/

CASE NO. 07-5816 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

   ▓   have not yet reached an agreement to an ADR process
   ▓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓
Attorney for Plaintiff

Dated: ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On Feb. 16, 2008 I served the documents within, described as **ADR CERT., NOT. OF NEED, ADR PH. CONF., STIP. & PROPSD ORDER SELECTNG ADR, LETTER TO COURT**, to the interested parties in said action:

_____ By overnight FedEx.

\_\_X\_\_ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attnys John Vrieze, William Mitchell   Calif. Att. Gen. (Troy Overton & John Devine)
(for Del Norte sheriff dept. and dist. att.)   455 Golden Gate Ave. Suite 11000
814 Seventh St.   San Francisco, CA
Eureka, CA   94102-7004
95502

_____ By personally delivering a copy of said document(s) on the party(ies) named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____   Facsimile No:_____
Name:_____   Facsimile No:_____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of Feb. 16, 2008 at Crescent City, California.

Jason Northrip