1 | John Gimbel, in pro se
2 | 225 Brevus Street
    | Crescent City, CA 95531
3 | Tel: (707) 464-5908 Plaintiff

FILED

08 FEB 19 PH 1:29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4 | John M Vrieze, CSB #115397
    | William F. Mitchell, CSB #159831
5 | MITCHELL, BRISSO, DELANEY & VRIEZE
    | Attorneys at Law
6 | 814 Seventh Street
    | P. O. Drawer 1008
7 | Eureka, CA 95502
    | Tel: (707) 443-5643
8 | Fax: (707) 444-9586
    | Attorney for Defendants County of Del Norte, Frank
9 | Villarreal, Del Norte District Attorney, County of
    | Del Norte, Del Norte Sheriff Dept.,Unnamed "Doe"
10 | with Villarreal

11 | State of California Attny. General's Office
    | Deputy Attny. General John Devine #170773
12 | 455 Golden Gate Ave.
    | San Francisco, CA 94102-7004
13 | Tel: 415 703 5522
    | for defendants Del Norte Superior Court, State of California

14

15

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | JOHN GIMBEL,                          CASE NO.: C 07-5816 CRB

19 |     Plaintiff,                        JOINT CASE MANAGEMENT
                                           STATEMENT AND PROPOSED
20 | vs.                                    ORDER

21 | FRANK VILLARREAL, DEL NORTE           Date: March 21, 2008
    | DISTRICT ATTORNEY, DEL NORTE         Time: 10:00 AM
22 | SUPERIOR COURT, DEL NORTE             Dept.: Ctrm 8, 19th floor
    | SHERIFF DEPARTMENT (FOLLET),
23 | UNNAMED ACCOMPLICE "DOE" TO
    | VILLARREAL, DEL NORTE COUNTY,
24 | STATE OF CALIFORNIA

25 |     Defendants.

26

1

1       On January 18, 2008, plaintiff sent all parties the e-mail shown below,

2   readying for the CMC Statement. It was resent again on Jan. 31, 2008.  There were

3   no responses until about Feb. 9th, when Vrieze for all county and d.a. defendants

4   forwarded a draft CMC Statement via the regular mail.  Plaintiff contacted Vrieze

5   a few days subsequent, and Vrieze indicated he had already filed a separate, not-

6   joint CMC Statement with the court.

7       Thereby, plaintiff files his own separate CMC Statement as this.

8
    ------
    **From:**      J.[SMTP:johngimbel@charter.net]
9   **Sent:**      Friday, January 18, 2008 10:09 AM
    **To:**        'zJohn Vrieze e-mail...(personal e-mail)'; 'zR William Ayres'; 'zTroy OvertonCA Att.G.e-mail'
    **Subject:**   So, hey, criminal defendants: (the 18 in 07 0113 SBA, S.F., Oakland)
10

11  ....................

12  My words in the CMC statement in the case just summoned (07 5816;
    Gimbel v.  F. Villa-spic-a-rreal et al) will be specific and few: something
13  like: (4 paragraphs; in double quotes, between double lines):

14  _____

    _____
15  ""I played the CMC-tedious effort game in 07 0113 SBA. The shit-fag,
16  vermin pissmouth courts didn't even read it. In this new case 07 5816,
    Gimbel v. Villa-spic-a-rreal et al, I have but one statement to you, and
17  I'm not even going to insult my ass by wiping my ass with the rest of any
18  CMC form: (next 3 paragraphs):

19  You get (the feds to cause...) these defendants to pay up now, or start
20  hanging them one by one, dragging their children and families wherever
    necessary for additional incentives. They should have been so lucky
21  they didn't have to be disarmed, robbed of all their pursuits to wait out
    the years of this indictment and case, (5816) or wait that way for the 1st
22  indictment (0113).  Because they DIDN'T do this in front of Mr. Gimbel,
23  who himself meekly was coerced to do so in front of them lasting years,
    you flat fuckin' kill 'em if they don't jump for the chance to (be coerced)
24  to pay immediately. They yet have a caveat, (despite they've TREATED
25  me like a complete enemy for protected speech for years and years as
    just noted), in that their money is no good, never has been, and will only
26  either be burned or given to the poor. In other words, their "enemy," me,

gets nothing from it as a matter of reality. It's the only deal you'll cut with me. They should have been so lucky as to have a way to pay their way out of their criminality.... That's a chance they never give the rabble. They better be JUMPING to pay, therefore.

I don't make deals, or piss around with "adr" with criminals in badges (anymore). Pay up or get hanged immediately. You're flat-fucked out of time for good by me. You who dragged me out and committed larceny by the state against me in broad daylight to last the years (story told in 07-0113 SBA) for protected speech,  never offered me anything like "go mediate  with us about it," (as in "adr"). You're full of piss. You're full of shit, too. Terminal case. Start paying now about it,  or get your buddies dragged ever deeper...on to sanctions against you. Your system has been mal-lingering on my pursuits, possessions and life, while enslaving, retarding-at-the-133MHZ computer, wasting my elder years, spilling my life savings into the dirt, for 4 years now. Every single thing has flowed from defendants' one lousy, illegal move against 134 words of protected speech in the 07-0113 SBA, (including this Villa-spic-a-rreal case). You flat fuckin' wanna die at this time point if you don't pay up immediately.

In addition to my shortly having impunity and immunity for any act before your system,  including were I to murder, even enact genocide before your system, all because of your sly, filthy, criminal defendants mal-lingering,  this is the only CMC statement you'll ever see, including in any new case come-along, in your shitmouth  system again. You won't be beguiling me again. Your chances are now over.""

................

‗‗‗‗‗

‗‗‗‗‗

## **DESCRIPTION OF CASE**

1.    **Underlying Events:**

**According to both Plaintiff:**

.

1

2    **According to Del Norte County Defendants:**

3

4

5    2.    **Principal Factual Issues Which The Parties Dispute**

6    **Plaintiff's Contentions:**

7

8    **According to Del Norte County Defendants:**

9

10

11    3.    **Principal Legal Issues Which Are In Dispute**

12    **According to Plaintiff:**

13

14

15    **According to Del Norte County Defendants and Crescent City**

16    **Defendants:**

17

18

19    4.    **Other Factual Issues Which Remain Unresolved For The**
          **Reasons Stated Below And How The Parties Propose To**
20        **Resolve Them**

21

22

23    5.    **The Parties Which Have Not Been Served And The Reason**

24

25

26

6. __The Additional Parties Which The Below Specified Parties__
__Intend To Join And The Intended Timeframe For Such Joinder__

7. __The Following Parties Consent To Assignment Of This__
__Case To A United States Magistrate Judge For Trial__

## ALTERNATIVE DISPUTE RESOLUTION

8. __ADR Process To Which The Parties Have Been Assigned__

## DISCLOSURES

9. __The Parties Certify That They Have Made The Following__
__Disclosures__

## DISCOVERY

10. __The Parties Have Agreed To The Following Discovery Plan__

## TRIAL SCHEDULE

11. __The Parties Request Trial Date As Follows__

12. __The Parties Expect That Trial Will Last For The Following__
__Number Of Days__

1   DATED: Jan. 30, 2008          John Gimbel, in pro se

2

3        By:_____

4                                  Plaintiff

5

6   DATED: Jan. ___, 2008          MITCHELL, BRISSO, DELANEY & VRIEZE

7

8        By:_____

9                                  Attorneys for Defendant County of Del Norte

10  DATED: Jan. ___, 2008          John Devine or Troy Overton

11

12       By: _____

                                   Attorneys for State of California, Del Norte
13                                 Superior court

14

15

16

17

18

19

20

21

22

23

24

25

26

6

## **CASE MANAGEMENT ORDER**

This case management statement and proposed order is hereby adopted by the court as the court management order for the case and the parties are ordered to comply with this order. Additionally, the court orders:

DATED: _____    _____

United States District Judge

**PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY,
OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION**

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St. , Crescent City, CA 95531.

On $\overline{\digamma}$eb. l6, 2008      I served the documents within, described as **JOINT CASE MANAGEMENT STATEMENT, 07-5816 CRB**, to the interested parties in said action:

_____ By overnight FedEx.

\_\_\_X\_\_\_\_By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City,  California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attnys John Vrieze William Mitchell          Calif. Att. Gen. (Troy Overton & John Devine)
(for Del Norte sheriff dept. and dist. att.)   455 Golden Gate Ave. Suite 11000
814 Seventh St.                              San Francisco, CA
Eureka, CA                                   94102-7004
95502

_____ By personally delivering a copy of said document(s) on the party(ies)named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____          Facsimile No: _____
Name:_____          Facsimile No: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of  Feb. l6, 2008     at Crescent City, California.

Jason Northrip

U.S. District Court                     Del Norte superior court