John M Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorney for Defendants County of Del Norte,
Del Norte County Sheriff's Dept., Frank Villarreal
and District Attorney Michael Riese

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, COUNTY OF DEL NORTE, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, FRANK VILLARREAL, DEL NORTE DISTRICT ATTORNEY, UNNAMED ACCOMPLICE "DOE" TO VILLARREAL, DEL NORTE SUPERIOR COURT,<br><br>     Defendants. | CASE NO.: C 07-5816 CRB<br><br>**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: March 10. 2008<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Flr. |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

1  Defendants County of Del Norte, also erroneously named as Del Norte County
2  Sheriff's Department, Frank Villarreal and District Attorney Michael Riese, separating
3  themselves from all other defendants herein reply to "Plaintiff's Combined Oppositions
4  To All Defendants' Motions To Dismiss Complaints" as follows:
5  Plaintiff's opposition in essence constitutes a non-opposition to the motion to
6  dismiss filed by the above defendants. It is clear from this document that plaintiff rests
7  on his complaint.[1] Plaintiff has provided no legal authority as to why his complaint
8  should not be dismissed.
9  For the reasons set forth in defendants' points and authorities in support of this
10 motion to dismiss, it is respectfully submitted that an order dismissing plaintiff's
11 complaint should be entered as to these defendants.

13 DATED: February 22, 2008          MITCHELL, BRISSO, DELANEY & VRIEZE

14                                   By: _____
15                                       John M. Vrieze
                                         Attorneys for Defendant
16                                       County of Del Norte, et al.

---

[1] "I have been in a deadly chokehold of deformity and starvation since the day they emptied by soul for protected speech. While we were already two years of that…came Villarreal…they are wrong; the complaint tells it true." (See, plaintiff's Opposition, p. 3, lns. 24-27.)

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

__xx__    By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____    By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____    By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 25, 2008, at Eureka, California.

_Micalyn Harris_
Micalyn Harris

John Gimbel
225 Brevus Street
Crescent City, CA 95531
*Plaintiff in Pro Per*