1  John Gimbel
2  225 Brevus St.
   Crescent City CA
3  95531
   707.464.5908
4  Plaintiff, in pro se



5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
9
10 JOHN GIMBEL                        | CASE NO. : **07-5816 CRB**
          Plaintiff,                  | PLAINTIFF'S COMBINED
11                                    | OPPOSTIONS TO ALL DEFENDANTS'
                                      | MOTIONS TO DISMISS
12 v.                                 | COMPLAINT
13
   FRANK VILLARREAL,  DEL NORTE       |
14 DISTRICT ATTORNEY, DEL NORTE       |
   SHERIFF'S DEPARTMENT, DEL NORTE    | Date: March 21, 2008
15 SUPERIOR COURT (FOLLET), UNNAMED   | Time: 10 AM
   ACCOMPLICE "DOE" TO VILLARREAL,    | Courtroom 8, 19th floor
16 DEL NORTE COUNTY, STATE OF         |
17 CALIFORNIA                         |
18         Defendants
19 ─────────────────────────────────

20    I have run out of machine, all resources (picture, pg. 2). Two score
21 and 8 months ago (near 4 years), an 18 man SWAT team took my life
22 away from me at my front door for protected speech (07 0113 SBA).
23 They have not returned anything, any possessions or any amendments to
24 date. I cannot take from the hand that bit me. This [1]machine (pic, pg. 2)
25 has really denied me all that the net is for 4 years straight. I have suffered
26 upon it as a cross, filling its harddrive to where it can do no more--it
27
───────────────────────────────
28
[1] This machine is mentioned in complaint, paragraphs 79, 114, end para. 299.

crashes at every turn because the drive has been filled with (only) the cases, the burdens of crosses the armed state has put on me for protected speech. It bucks, crashes, every few

**"RENDER UNTO CAESAR THAT WHICH IS HIS...."**



paragraphs like a donkey bucking over those who slaughter him, can go no more. The machine in exhibit A was my wife, a $6,000 machine I have been denied through 4 years straight. Only this paper certificate remained with me throughout the years. I have watched through the cracks of time's house, and seen a fat state and defendants, merely that they took her years ago, ass raping her daily, across the years, and my soul daily. They do this also to all the other items they took, never returned, and all the amendments they never returned. They have gorged themselves daily and nightly for years now, in revel with their booty they took for protected

speech. On the other side of the wall I "can hear them" but never touch her or do anything. They are the Father of Lies to me. "I cannot take from the hand that bit me" is as valid as anyone who believes you do not "Bite the hand that feeds." Think about it; it's correct. To the courts I have plead formally, only with this scanty machine-cross, across the years, until it's filled now, stacks of formal briefs high as a man now. No Feds, no God has ever intervened in their wild party against me. I am now COMPLETELY obstructed from further writing or merely writing down my thoughts.

Gentlemen, I have grieved now by every second for 4 years straight since they dragged out of my living room, never to see it again, the $6,000 computer, exhibit A, the only "box" I've ever been married to (never had a human spouse). This was my loved one. I'm 58. We were in danger of being happy.

I have been denied my wife for centuries now, it feels. The "process" of seeking restoration before the court is a sledge hammer blow of enslavement and denial yet further, feeling a perfect "mal-linger" of fate every morning for years now, then all day, as I starve for what I once knew. Neither will I start eating food to replace my grief. This plaintiff waived food 4 years ago, saying, "God, return my love at once for this protected speech in the net case, and make the right amends." Plaintiff's marrow has been extracted by these infamous sands of time, destroying, defacing, mauling him this way....

I have been in a deadly chokehold of deformity and starvation since the day they emptied my soul for protected speech. While we were already 2 years of that...came Villarreal.... They are wrong; the complaint tells it true.

Dated Feb. 17, 2008        _John Gimbel_ John Gimbel in pro se

# EXHIBIT A



"Retail is for The Clueless"

# ADVANCED CYBERWORKS

COMPUTER SYSTEMS • UPGRADES • REPAIRS • SOFTWARE

## Enhanced TradeStation Computer System
### Designed for John Gimble Exclusively

**AMD XP 2000 MHz CPU - 266 MHz FSB, 512 L2 Cache Memory**

**MSI KT3 Ultra2-BR (6380E-060BT) Motherboard**

**w/RAID, Bluetooth Function and USB 2.0** - Chipset: KT333+VT8235, FSB: 100/133 MHz RAM: 3x DDR DDR266/333 184-pin Max 3GB, IDE: 2x Ultra DMA133/100/66/33 Up to 4 Devices Slots: 5x PCI (32-bit) ,1AGP(AGP 2.0 1x/2x/4x ) Ports: 1x FDD, 2x COM, 1x LPT, 2x USB 2.0 Onboard Audio: ALC650 6-channel audio, Onboard RAID: Promise 20276 ATA 133 Onboard Bluetooth: Bluetooth connector for Bluetooth module

**3 x 1024 MB CRUCIAL 32x64 PC 2100 DDR RAM Memory CAS 2 -**

**1.44MB 3.5 INCH INTERNAL FDD DRIVE -**

**(2) WESTERN DIGITAL 80GB 7200RPM Hard Drives —**

"SPECIAL EDITION" 8MB Cache Buffer Ultra 100 8.0 Cache Buffer 8.9ms Average Seek Time

**Lite On 40X12X48 CDRW** Specifications: Recording 40X(6000KB/sec) Z-CLV (20X, 24X@8min, 32X@18min, 40X@53min) Re-writing 12X High-Speed (1800KB/sec) CLV Reading 48Xmax (7200KB/sec) CAV (20X~48X) Interface: ATAPI-E/IDE, support up to Ultra-DMA Mode2, 33.3MB/sec Buffer Memory Size: 2MB SMART-BURN® technology Under run protection,

**ATI RADEON 8500 128MB DDR AGP** Connect a digital camcorder to a PC Digital and analog video capture & editing Radio-frequency remote control Stereo TV-tuner TV-ON-DEMAND Time shifting Interactive Program Guide DVD video playback with Dolby® AC-3 digital audio output.

**PIONEER INTERNAL ATAPI 16X DVD-ROM 40X CD-ROM** - 256k buffer 95ms DVD-Rom High-Speed Average Access Time 80ms CD-ROM access time. High-Speed Average Access Time -95ms DVD-ROM -80 ms CD-ROM. Reads single and dual layer DVD-ROM/Video, -R/RW, CD-ROM, Audio CDs, CD-R/RW, Video CDs, Photo CDs, Hybrid CDs, CD-Extra (CD-Plus) and CD-Text Discs Horizontal or Vertical Mounting Capabilities

**Antec SX830 Mid Tower Case -** The SX830 has a total of 8 drive bays including: three 5.25" external bays, two 3.5" external bays and three 3.5" internal bays. Dimensions: 20.6"(H) x 8.1"(W) x 18.6"(D). The SX830 comes with four 80mm fans -

PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY,
OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On Feb. 18, 2008    I served the documents within, described as **PLAINTIFF'S COMBINED OPPOSITIONS TO ALL DEFENDANTS' MOTIONS TO DISMISS**, to the interested parties in said action:    & Standing Orders CRB

_____ By overnight FedEx.

__X__ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attnys John Vrieze William Mitchell
(for Del Norte sheriff dept. and dist. att.)
814 Seventh St.
Eureka, CA
95502

Calif. Att. Gen. (Troy Overton & John Devine)
455 Golden Gate Ave. Suite 11000
San Francisco, CA
94102-7004

_____ By personally delivering a copy of said document(s) on the party(ies) named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____    Facsimile No: _____
Name:_____    Facsimile No: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of    Feb. 18, 2008    at Crescent City, California.

Jason Northrip