IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, COUNTY OF DEL NORTE, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, FRANK VILLARREAL, DEL NORTE DISTRICT ATTORNEY, UNNAMED ACCOMPLICE "DOE" TO VILLARREAL, DEL NORTE SUPERIOR COURT,<br><br>    Defendants. | No. C 07-05816 CRB<br><br>**JUDGMENT** |

Having granted Defendants' motion to dismiss with prejudice, judgment is hereby entered against Plaintiff John Gimbel and in favor of Defendants State of California, et al.

**IT IS SO ORDERED.**

Dated: March 3, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5816\Judgment.wpd