1  John Gimbel
2  225 Brevus St.
   Crescent City CA
3  95531
   707.464.5908
4  Plaintiff, in pro se



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN GIMBEL | CASE NO. : **CV 07 5816 CRB** |
|---|---|
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| FRANK VILLARREAL, DEL NORTE DISTRICT ATTORNEY, DEL NORTE SHERIFF'S DEPARTMENT, DEL NORTE SUPERIOR COURT (FOLLET), UNNAMED ACCOMPLICE "DOE" TO VILLARREAL, DEL NORTE COUNTY, STATE OF CALIFORNIA | |
| Defendants | |

-----------------------------------------------------------------

Notice is hereby given that John Gimbel, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit, from the judgement, from an order entered in this action, document 31, on the 29th day of February, 2008.

Dated Mar. 26, 2008                    _[signature]_ in pro se

225 Brevus St.
Crescent City, CA 95531

Notice of Appeal CV 07 5816 CRB







John Gimbel
225 Brevus St.
Crescent City, CA
95531

U.S. District Court
Philip Burton, 16th Floor
450 Golden Gate Avenue
San Francisco, CA
94102-3434