UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 27, 2008

**CASE INFORMATION:**
Short Case Title: <u>JOHN GIMBEL</u>-v- <u>STATE OF CALIFORNIA</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-05816 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>11/15/07</u>
Date Appealed order/judgment *entered* <u>2/29/08, 3/3/08</u>
Date NOA *filed* <u>3/26/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>none</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: <u>3/27/08</u>
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
John Gimbel                                    John P. Devine
225 Brevus Street                              455 Golden Gate Avenue, Suite 11000
Crescent City, CA 95531                        San Francisco, CA 94102

Tel. No. : (707) 464-5908                      Tel. No. : (415) 703-5522

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000