ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-05816-CRB
# Internal Use Only

Gimbel v. State of California et al
Assigned to: Hon. Charles R. Breyer
Demand: $7,000
Cause: 42:1983 Civil Rights Act

Date Filed: 11/15/2007
Date Terminated: 02/29/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**John Gimbel**     represented by **John Gimbel**
225 Brevus Street
Crescent City, CA 95531
(707) 464-5908
PRO SE

V.

**Defendant**

**State of California**     represented by **John P. Devine**
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
(415) 703-5522
Fax: (415) 703-5480
Email: john.devine@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**County of Del Norte**     represented by **John Michael Vrieze**
Mitchell, Brisso, Delaney & Vrieze
P.O. Drawer 1008
Eureka, CA 95502
707-443-5643
Fax: 707-444-9586
Email: jvrieze@mitchelllawfirm.com
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
Mitchell, Brisso, Delaney & Vrieze

        Attorneys at Law
P.O. Drawer 1008
Eureka, CA 95502
707-443-5643
Fax: 707-444-9586
Email: wmitchell@mitchelllawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Del Norte County Sheriff Department** | represented by | **John Michael Vrieze** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William Forrest Mitchell** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Frank Villarreal** | represented by | **John Michael Vrieze** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William Forrest Mitchell** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Del Norte District Attorney** | represented by | **John Michael Vrieze** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William Forrest Mitchell** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Del Norte Superior Court** | represented by | **John P. Devine** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT; summons issued against State of California, County of Del Norte, Del Norte County Sheriff Department, Frank Villarreal, Del |

| | | |
|---|---|---|
| | | Norte District Attorney, Del Norte Superior Court (Filing fee $ 350, receipt number 34611012588). Filed by John Gimbel. (slh, COURT STAFF) (Filed on 11/15/2007) (Entered: 11/16/2007) |
| 11/15/2007 | 2 | Declaration in Support of 1 Complaint filed by John Gimbel. (Related document(s) 1 ) (slh, COURT STAFF) (Filed on 11/15/2007) (Entered: 11/16/2007) |
| 11/15/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 2/13/2008. Case Management Conference set for 2/20/2008 01:30 PM. (Attachments: # 1 EMC Standing Order; # 2 Case Management Standing Order)(slh, COURT STAFF) (Filed on 11/15/2007) (Entered: 11/16/2007) |
| 11/15/2007 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 11/15/2007) (Entered: 11/16/2007) |
| 12/18/2007 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by John Gimbel. (slh, COURT STAFF) (Filed on 12/18/2007) (Entered: 12/20/2007) |
| 01/11/2008 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/14/2008 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Thelton E. Henderson for all further proceedings. Judge Magistrate Judge Edward M. Chen no longer assigned to the case.. Signed by Executive Committee on 1/14/08. (as, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/14/2008) |
| 01/15/2008 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Charles R. Breyer for all further proceedings. Judge Hon. Thelton E. Henderson no longer assigned to the case.. Signed by Executive Committee on 1/15/08. (as, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/16/2008 | 8 | CLERK'S NOTICE Case Management Conference set for 2/22/2008 08:30 AM. (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/22/2008 | 9 | SUMMONS Returned Executed by John Gimbel. County of Del Norte served on 1/16/2008, answer due 2/5/2008. (mcl, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/29/2008) |
| 01/22/2008 | 10 | SUMMONS Returned Executed by John Gimbel. Del Norte County Sheriff Department served on 1/14/2008, answer due 2/3/2008. (mcl, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/29/2008) |
| 01/22/2008 | 11 | SUMMONS Returned Executed by John Gimbel. Frank Villarreal served on 1/14/2008, answer due 2/3/2008. (mcl, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/29/2008) |
| 01/22/2008 | 12 | SUMMONS Returned Executed by John Gimbel. Del Norte District Attorney served on 1/16/2008, answer due 2/5/2008. (mcl, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/29/2008) |

| | | |
|---|---|---|
| 01/22/2008 | 13 | SUMMONS Returned Executed by John Gimbel. Del Norte Superior Court served on 1/16/2006, answer due 2/5/2006. (mcl, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/29/2008) |
| 02/05/2008 | 14 | MOTION to Dismiss *DEFENDANTS STATE OF CALIFORNIA'S AND SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by State of California, Del Norte Superior Court. Motion Hearing set for 3/14/2008 10:00 AM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Declaration of Service by U.S. Mail)(Devine, John) (Filed on 2/5/2008) (Entered: 02/05/2008) |
| 02/05/2008 | 15 | Request for Judicial Notice *DEFENDANTS STATE OF CALIFORNIA'S AND SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF 14 MOTION TO DISMISS* filed byState of California, Del Norte Superior Court. (Attachments: # 1 Exhibit 1-Order Granting Defts' Motion to Dismiss, # 2 Exhibit 2 - Order by Judge Armstrong dated September 18, 2007, # 3 DECLARATION OF SERVICE BY U.S. MAIL)(Devine, John) (Filed on 2/5/2008) Modified on 2/6/2008 (mcl, COURT STAFF). (Entered: 02/05/2008) |
| 02/05/2008 | 16 | Request for Judicial Notice filed byCounty of Del Norte. (Vrieze, John) (Filed on 2/5/2008) (Entered: 02/05/2008) |
| 02/05/2008 | 17 | MOTION to Dismiss ; or, in the alternative, Motion for a more definite statement and/or Motion to strike filed by County of Del Norte, Del Norte County Sheriff Department, Frank Villarreal and Del Norte District Attorney. Motion Hearing set for 3/14/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Vrieze, John) (Filed on 2/5/2008) Modified on 2/7/2008 (mcl, COURT STAFF). (Entered: 02/05/2008) |
| 02/05/2008 | 18 | Declaration of John M. Vrieze filed by County of Del Norte, Del Norte County Sheriff Department, Frank Villarreal and Del Norte District Attorney. (Vrieze, John) (Filed on 2/5/2008) Modified on 2/7/2008 (mcl, COURT STAFF). (Entered: 02/05/2008) |
| 02/05/2008 | 19 | EXHIBITS C - G in Support of 18 Declaration of John M. Vrieze filed byCounty of Del Norte, Del Norte County Sheriff Department, Frank Villarreal and Del Norte District Attorney. (Related document(s) 18 ) (Vrieze, John) (Filed on 2/5/2008) Modified on 2/7/2008 (mcl, COURT STAFF). (Entered: 02/05/2008) |
| 02/05/2008 | 20 | EXHIBITS H - N in support of 18 Declaration of John M. Vrieze filed by County of Del Norte, Del Norte County Sheriff Department, Frank Villarreal and Del Norte District Attorney. (Related document(s) 18 , 19 ) (Vrieze, John) (Filed on 2/5/2008) Modified on 2/7/2008 (mcl, COURT STAFF). (Entered: 02/05/2008) |
| 02/05/2008 | | (Court only) ***Attorney John Michael Vrieze for Del Norte County Sheriff Department, Frank Villarreal and Del Norte District Attorney, William Forrest Mitchell for County of Del Norte, Del Norte County |

|  |  |  |
|---|---|---|
|  |  | Sheriff Department, Frank Villarreal and Del Norte District Attorney added. (mcl, COURT STAFF) (Entered: 02/07/2008) |
| 02/06/2008 | 25 | CERTIFICATE OF SERVICE by John Gimbel re 8 Clerk's Notice. (mcl, COURT STAFF) (Filed on 2/6/2008) (Entered: 02/12/2008) |
| 02/07/2008 | 21 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/07/2008 | 22 | CASE MANAGEMENT STATEMENT filed by County of Del Norte. (Vrieze, John) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/07/2008 | 24 | SUMMONS Returned Executed by John Gimbel. State of California served on 1/29/2008, answer due 2/18/2008. (mcl, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/08/2008) |
| 02/08/2008 | 23 | CLERK'S NOTICE Continuing Motion Hearing. Motion Hearing and Case Management Conference set for 3/21/2008 10:00 AM. (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 2/8/2008) (Additional attachment(s) added on 2/8/2008: # 2 Certificate of Service) (be, COURT STAFF). (Entered: 02/08/2008) |
| 02/19/2008 | 27 | Letter dated 1/30/08 from John Gimbel. (mcl, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 28 | JOINT CASE MANAGEMENT STATEMENT and Proposed Order filed by John Gimbel. (mcl, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 26 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Vrieze, John) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 30 | Combined Opposition re 17 MOTION to Dismiss, 14 MOTION to Dismiss *DEFENDANTS STATE OF CALIFORNIA'S AND SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed byJohn Gimbel. (Related document(s) 17 , 14 ) (mcl, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 02/25/2008 | 29 | Reply to Opposition filed byCounty of Del Norte. (Vrieze, John) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/29/2008 | 31 | ORDER by Judge Breyer granting 14 Motion to Dismiss; granting 17 Motion to Dismiss (crblc2, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 |  | (Court only) ***Civil Case Terminated. (crblc2, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/03/2008 | 32 | JUDGMENT in favor of defendants State of California et al and against plaintiff John Gimbel. Signed by Judge Breyer on 03/03/2008. (crblc2, COURT STAFF) (Filed on 3/3/2008) Modified on 3/4/2008 (mcl, COURT STAFF). (Entered: 03/03/2008) |
|  |  |  |

| Date | Doc # | Description |
|---|---|---|
| 03/26/2008 | 33 | NOTICE OF APPEAL as to 31 Order on Motion to Dismiss, 32 Judgment by John Gimbel. Fee NOT paid. (mcl, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/27/2008 | 34 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 33 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 3/27/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 03/27/2008) |
| 03/27/2008 | 35 | Copy of Notice of Appeal and Docket sheet mailed to all counsel.(mcl, COURT STAFF) (Entered: 03/27/2008) |
| 03/27/2008 | 36 | Mailed request for payment of docket fee to appellant. (cc to USCA) (mcl, COURT STAFF) (Entered: 03/27/2008) |
| 03/27/2008 | 37 | Certificate of Record Mailed to USCA re 33 Notice of Appeal. (mcl, COURT STAFF) (Entered: 03/27/2008) |