**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 27, 2008

John Gimbel  
225 Brevus St.  
Crescent City, CA 95531

SUBJECT:    Request for Payment of Docket Fee

**Title: JOHN GIMBEL -v- STATE OF CALIFORNIA**
**Case Number:    CV 07-05816 CRB**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on March 26, 2008 and the docketing fee of $ 455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo  
**Case Systems Administrator**

cc: U.S. Court of Appeals