**RECEIVED**

APR 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 28 2008

March 27, 2008

**CASE INFORMATION:**
Short Case Title: JOHN GIMBEL -v- STATE OF CALIFORNIA
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-05816 CRB
Date Complaint/Indictment/Petition Filed: 11/15/07
Date Appealed order/judgment *entered* 2/29/08, 3/3/08
Date NOA *filed* 3/26/08
Date(s) of Indictment  Plea Hearing  Sentencing

**08-15701**

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: none

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed: 3/27/08
Date FP granted:                                   Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:
John Gimbel                                 John P. Devine
225 Brevus Street                           455 Golden Gate Avenue, Suite 11000
Crescent City, CA 95531                     San Francisco, CA 94102

Tel. No. : (707) 464-5908                   Tel. No. : (415) 703-5522

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:               9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000