```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017834
Cashier ID: almaceh
Transaction Date: 04/04/2008
Payer Name: JOHN H GIMBEL
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOHN H GIMBEL
 Case/Party: D-CAN-3-07-CV-005816-001
 Amount:       $455.00
------------------------------------
CHECK
 Check/Money Order Num: 325
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

CRB


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

*[handwritten: Very slow of cmp — pardon me]*

March 27, 2008

John Gimbel
225 Brevus St.
Crescent City, CA 95531

SUBJECT:   Request for Payment of Docket Fee

    **Title: JOHN GIMBEL -v- STATE OF CALIFORNIA**
    **Case Number:     CV 07-05816 CRB**
    **Court of Appeals Number:**

A notice of appeal was filed with this Court on March 26, 2008 and the docketing fee of $ 455.00 has not been received. Please forward the above referenced fee to this office immediately.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: Maria Loo
    Case Systems Administrator

cc: U.S. Court of Appeals



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

John Gruber
225 Brevus St.
Crescent City, CA
95531